ROBERT W. FREEMAN
Nevada Bar No. 03062
Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE, II
Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383 /FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY WINN;<br><br>        Plaintiff,<br><br>vs.<br><br>SHELTER MUTUAL INSURANCE COMPANY; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES I through X, and ROE Corporations I through X, inclusive,<br><br>        Defendants. | CASE NO.: 2:22-cv-1441-JCM-BNW<br><br>**NOTICE OF APPEARANCE AND MOTION TO REMOVE COUNSEL** |

      Frank A. Toddre of the law firm Lewis Brisbois Bisgaard & Smith LLP hereby enters his appearance as counsel of record for defendant State Farm Mutual Automobile Insurance Company ("State Farm") and requests that he be added to the docket as counsel for State Farm (with Robert W. Freeman and Jennifer A. Taylor). State Farm also requests leave of the Court to remove Benjamin John Doyle, formerly of Lewis Brisbois Bisgaard & Smith LLP, as counsel of record for State Farm, as he is no longer associated with the firm. For this reason, it is requested that the Clerk

/ / /

/ / /

/ / /

94025334.1

of Court remove Benjamin John Doyle's name from CM/ECF as counsel for State Farm so that he no longer receives electronic service of materials filed in this case.

DATED this 26th day of Aprl, 2023.

           LEWIS BRISBOIS BISGAARD & SMITH LLP

           By  /s/ *Frank A. Toddre, II*
              ROBERT W. FREEMAN
              Nevada Bar No. 03062
              FRANK A. TODDRE, II
              Nevada Bar No. 11474
              6385 S. Rainbow Boulevard, Suite 600
              Las Vegas, Nevada 89118
              *Attorneys for Defendant*
              *State Farm Mutual Automobile Insurance Company*

## ORDER

**IT IS SO ORDERED**

**DATED:** 10:53 am, April 27, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

94025334.1          2

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Lewis Brisbois Bisgaard & Smith LLP, and that on this 26th day of April, 2023, I did cause a true copy of **NOTICE OF APPEARANCE AND MOTION TO REMOVE COUNSEL** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

Bruce D. Schupp, Esq.
LAW OFFICES OF BRUCE D. SCHUPP
1120 N. Town Center Drive, Suite 140
Las Vegas, Nevada 89144
bruceschupp@me.com
sfodness@schupplaw.com
*Attorneys for Plaintiff*

Brice J. Crafton, Esq.
DEAVER & CRAFTON
810 E. Charleston Blvd.
Las Vegas, Nevada 89104
brice@deavercrafton.com
cynthia@deavercrafton.com,
shannon@deavercrafton.com,
valeria@deavercrafton.com
*Attorneys for Plaintiff*

Robert D. Vannah, Esq.
John B. Greene, Esq. ** (Lead)
400 South Seventh Street, Fourth Floor
Las Vegas, Nevada 89101
jgreene@vannahlaw.com
rvannah@vannahlaw.com,
tvlile@vannahlaw.com
*Attorneys for Plaintiff*

John T. Keating
KEATING LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, NV  89148
jkeating@keatinglg.com;
nreyes@keatinglg.com,
sboschee@keatinglg.com,
*Attorneys for Shelter Mutual Insurance Company*

By:  /s/ *Susan Awe*
     An Employee of LEWIS BRISBOIS
     BISGAARD & SMITH LLP

94025334.1

3