JOHN T. KEATING
Nevada Bar No. 6373
KEATING LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
*jkeating@keatinglg.com*
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant - *Shelter Mutual Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY WINN,<br><br>　　　　Plaintiff,<br>vs.<br><br>SHELTER MUTUAL INSURANCE COMPANY; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and, DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br>　　　　Defendants. | CASE NO. :   2:22-cv-01441-JCM-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT SHELTER MUTUAL INSURANCE COMPANY AND ASHLEY WINN TO FILE THEIR OPPOSITION TO DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

**IT IS HEREBY STIPULATED AND AGREED** by undersigned counsel that the deadline for the parties to respond to Defendant State Farm Automobile Insurance Company's Motion for Judgment on the Pleadings, currently due on August 17, 2023, shall be extended an additional two weeks.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

The parties shall have up to and until August 31, 2023 to file an Opposition to said Motion.

Dated this 15th day of August 2023.

**KEATING LAW GROUP**

_/s/John T. Keating_
JOHN T. KEATING
Nevada Bar No. 6373
9130 West Russell Road, Suite 200
Las Vegas, Nevada 89148
*Attorney for Defendant*
*Shelter Mutual Insuranc Company*

Dated this 15th day of August 2023.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

_/s/Frank A. Toddre_
Frank A. Toddre, II, Esq.
Nevada Bar No. 11474
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89118
*Attorney for Defendant*
*State Farm Mutual Insurance Company*

Dated this 15th day of August 2023.

**VANNAH & VANNAH**

_/s/John B. Greene_
John B. Greene, Esq.
Nevada Bar No. 4279
400 S. Seventh Street, 4th Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

Dated August 18, 2023.

_____
UNITED STATES DISTRICT JUDGE

2