ROBERT W. FREEMAN
Nevada Bar No. 03062
Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE, II
Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383 /FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance*
*Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY WINN;<br><br>             Plaintiff,<br><br>     vs.<br><br>SHELTER MUTUAL INSURANCE COMPANY; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES I through X, and ROE Corporations I through X, inclusive,<br><br>             Defendants. | CASE NO.:  2:22-cv-1441-JCM-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT STATE FARM MUTUAL AUTOMOBILE  INSURANCE COMPANY TO FILE REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

128979500.1

IT IS HEREBY STIPULATED AND AGREED by undersigned counsel that the deadline for State Farm Mutual Automobile Insurance Company's (State Farm) Reply in Support of State Farm's Motion for a Judgment on the Pleadings, currently due on September 7, 2023, shall be extended eight (8) days.

State Farm filed their Motion for Judgment on the Pleadings on August 3, 2023.[1] Plaintiff Ashley Winn filed her response August 31, 2023,[2] with a set reply deadline at September 7, 2023. Co Defendant Shelter Mutual Insurance filed their Response September 6, 2023,[3] setting forth a different reply deadline at September 13, 2023.

State Farm will have up to and until September 15, 2023 to file any Reply in Support of their Motion for a Judgment on the Pleadings. This is to allow State Farm adequate time to respond to the Oppositions to the motion, and to have one consistent response time given the

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

---

[1] ECF No. 30.

[2] ECF No. 36.

[3] ECF No. 39.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

128979500.1                    2

different filing dates of the Responses to Motion. This would enlarge the time for Defendant State Farm to reply eight (8) days from the earliest deadline.

Dated this 7th day of September, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Frank A. Toddre, II
Robert W. Freeman, Esq.
Nevada Bar No. 3062
Frank A. Toddre, II, Esq.
Nevada Bar No. 11474
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for State Farm Mutual Automobile Insurance Company

Dated this 7th day of September, 2023.

VANNAH & VANNAH

/s/ John B. Greene
Robert D. Vannah, Esq.
Nevada Bar No. 2503
John B. Greene, Esq.
Nevada Bar No. 004279
400 South Seventh Street, Fourth Floor
Las Vegas, Nevada 89101
and
Bruce D. Schupp, Esq.
Nevada Bar No. 1458
LAW OFFICES OF BRUCE D. SCHUPP
1120 N. Town Center Drive, Suite 140
Las Vegas, Nevada 89144
and
Brice J. Crafton, Esq.
Nevada Bar No. 10558
DEAVER & CRAFTON
810 E. Charleston Blvd.
Las Vegas, Nevada 89104
Attorneys for Plaintiff

Dated this 7th day of September, 2023.

KEATING LAW GROUP

/s/ John T. Keating
John T. Keating, Esq.
Nevada Bar No. 6373
9130 W. Russell Road, Suite 200
Las Vegas, NV  89148
Attorney for Defendant Shelter Mutual Insurance Company

**ORDER**

IT IS SO ORDERED.

DATED September 8, 2023.

_____
UNITED STATES DISTRICT JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW