ROBERT W. FREEMAN
Nevada Bar No. 03062
Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE, II
Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383 /FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance*
*Company*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY WINN;<br><br>             Plaintiff,<br><br>      vs.<br><br>SHELTER MUTUAL INSURANCE COMPANY; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES I through X, and ROE Corporations I through X, inclusive,<br><br>             Defendants. | CASE NO.:  2:22-cv-1441-JCM-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT STATE FARM MUTUAL AUTOMOBILE  INSURANCE COMPANY TO FILE REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS (SECOND REQUEST)** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

129380955.1

IT IS HEREBY STIPULATED AND AGREED by undersigned counsel that the deadline for State Farm Mutual Automobile Insurance Company's (State Farm) Reply in Support of State Farm's Motion for a Judgment on the Pleadings, currently due on September 15, 2023, shall be extended seven (7) days to September 22, 2023.

State Farm filed their Motion for Judgment on the Pleadings on August 3, 2023.[1] Plaintiff Ashley Winn filed her response August 31, 2023,[2] with a set reply deadline at September 7, 2023. Co Defendant Shelter Mutual Insurance filed their Response September 6, 2023,[3] setting forth a different reply deadline at September 13, 2023.

The parties then submitted a Stipulation and Order[4] that provided for an additional eight (8) days for Defendant State Farm Mutual Automotive Insurance Company to file their Replies in Support of Motion for Judgment on the Pleadings, moving the deadline from September 8 to September 15, 2023. State Farm has requested a brief enlargement of time to submit their Replies in Support of Motion for Judgment on the Pleadings.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

---

[1] ECF No. 30.
[2] ECF No. 36.
[3] ECF No. 39.
[4] ECF No. 43

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

State Farm will have up to and until September 22, 2023 to file any Replies in Support of their Motion for a Judgment on the Pleadings.

Dated this 13th day of September, 2023.

Dated this 13th day of September, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

VANNAH & VANNAH

*/s/ Frank A. Toddre, II*
Robert W. Freeman, Esq.
Nevada Bar No. 3062
Frank A. Toddre, II, Esq.
Nevada Bar No. 11474
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for State Farm Mutual Automobile Insurance Company*

*/s/ John B. Greene*
Robert D. Vannah, Esq.
Nevada Bar No. 2503
John B. Greene, Esq.
Nevada Bar No. 004279
400 South Seventh Street, Fourth Floor
Las Vegas, Nevada 89101
and
Bruce D. Schupp, Esq.
Nevada Bar No. 1458
LAW OFFICES OF BRUCE D. SCHUPP
1120 N. Town Center Drive, Suite 140
Las Vegas, Nevada 89144
and
Brice J. Crafton, Esq.
Nevada Bar No. 10558
DEAVER & CRAFTON
810 E. Charleston Blvd.
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*

Dated this 13th day of September, 2023.

KEATING LAW GROUP

*/s/ John T. Keating*
John T. Keating, Esq.
Nevada Bar No. 6373
9130 W. Russell Road, Suite 200
Las Vegas, NV 89148
*Attorney for Defendant Shelter Mutual Insurance Company*

## ORDER

IT IS SO ORDERED.

DATED September 14, 2023.

_____
UNITED STATES DISTRICT JUDGE