ROBERT W. FREEMAN
Nevada Bar No. 03062
Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE, II
Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383 /FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance*
*Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY WINN;<br><br>       Plaintiff,<br><br>   vs.<br><br>SHELTER MUTUAL INSURANCE COMPANY; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES I through X, and ROE Corporations I through X, inclusive,<br><br>       Defendants. | CASE NO.:  2:22-cv-1441-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[THIRD REQUEST]** |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case by sixty (60) days, up to and including Monday, March 11, 2024. In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. In support of this Stipulation and Request, the parties state as follows:

### DISCOVERY COMPLETED

1.     On November 16, 2022, the parties conducted an initial FRCP 26(f) conference.

2.     On February 24, 2023, Plaintiff served written discovery on Defendant State Farm. State Farm served its Responses on April 13, 2023.

3.     On February 24, 2023, Plaintiff served her FRCP 26 Initial Disclosures.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4.      On January 23, 2023, Defendant State Farm served its FRCP 26 Initial Disclosures.

5.      On March 2, 2023, Defendant Shelter served its FRCP 26 Initial Disclosures.

6.      On March 2, 2023, Plaintiff Ashley Winn filed her FRCP 26.1 Initial Disclosures.

7.      On April 13, 2023, Defendant State Farm filed their Responses to Plaintiff Winn's First Requests for Production.

8.      On May 1, 2023, Plaintiff Ashley Winn filed her answers to Defendant State Farm's 1st Set of Interrogatories, and Defendant State Farm's 1st set of Request for Production.

9.      On July 5, 2023, Defendant Shelter Mutual Insurance Company filed their 1st set of Interrogatories and Requests for Production to Plaintiff Ashley Winn.

10.     On September 14, 2023, Plaintiff Ashley Winn filed her responses to Defendant Shelter Insurance's First Set of Interrogatories and Shelter Insurance's 1st Set of Requests for Production.

11.     On October 12, 2023, Defendant Shelter Mutual Insurance Company filed their First Supplemental Disclosures Pursuant to FRCP 26(a)(1).

12.     On October 13, 2023, the deposition of Plaintiff Ashley Winn took place.

## DISCOVERY REMAINING

1.      The parties will continue participating in written discovery.

2.      Defendant will collect Plaintiff's medical records.

3.      Plaintiff will depose State Farm representatives.

4.      Plaintiff will depose Defendant State Farm's FRCP 30(b)(6) witness(es).

5.      Plaintiff will depose Defendant Shelter representatives.

6.      Plaintiff will depose Defendant Shelter's FRCP 30(b)(6) witness(es).

7.      The parties may depose any and all other witnesses garnered through discovery, potentially including treatment providers and claims adjusters.

8.      The parties will designate expert witnesses and may conduct depositions of those expert witnesses.

9.      Any and all discovery required as permitted by the Federal Rules of Civil Procedure.

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

130793044.1

2

**WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the following requested extension. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, the parties seek this extension solely for the purpose of allowing sufficient time to conduct discovery.

The parties have been diligent in moving the case forward: participating in a reasonable amount of discovery, including exchanging their initial lists of witnesses and documents; propounding written discovery requests and preparing responses thereto; records procurement; and preparing for and conducting Plaintiff's deposition.

Plaintiff in this case is incarcerated and Defendant State Farm was only able to depose her on October 13, 2023, a month prior to the deadline for expert disclosures. Additionally, counsel for Plaintiff has received over 25,000 pages of file materials to evaluate. Further, counsel for Defendant State Farm has undergone a personnel change within the firm that has required he take over cases previously handled by another experienced lawyer.

Due to the delays mentioned above, Plaintiff's counsel needs additional time to complete the above depositions of State Farm and Shelter representatives and Defendants' FRCP 30(b)(6) witness.  The parties agree the claims handling experts would require certain employee fact witness depositions for their reports. The parties anticipate taking depositions of claim handling employees and perhaps the policy holders.

Extension or Modification of The Discovery Plan and Scheduling Order. LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than  twenty one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3. This stipulation is made more than 21 days before the expiration of any deadlines.

This is the third request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.  The deadline to amend pleadings has passed and the parties are not requesting that deadline be reopened.

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

130793044.1

3

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | *Wednesday, January 10, 2024* | *Monday, March 11, 2024* |
| Expert Disclosure pursuant to FRCP 26 (a)(2) | *Monday, November 13, 2023* | *Thursday, January 11, 2024* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Monday, December 11, 2023* | *Monday, February 12, 2024* |
| Dispositive Motions | *Monday, February 12, 2024* | *Wednesday, April 10, 2024* |
| Joint Pretrial Order | *Monday, March 11, 2024* | *Friday, May 10, 2024*<br><br>*If dispositive motions are pending, then the parties will serve their Joint Pretrial Order within thirty days of the Court's order as to the parties' dispositive motions.* |

WHEREFORE, the parties respectfully request that this Court extend the discovery period by sixty (60) days from the current deadline of *Wednesday, January 10, 2024*, up to and including

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  *Monday, March 11, 2024*, and the other dates as outlined in accordance with the table above.  This

2  enlargement of time does not have any effect on trial or calendar call times.

3  Dated this 17th day of October, 2023.          Dated this 17th day of October, 2023.

4  LEWIS BRISBOIS BISGAARD &                      VANNAH & VANNAH
   SMITH LLP

5

6  /s/ Frank A. Toddre, II                        /s/ John B. Greene
   Robert W. Freeman, Esq.                        Robert D. Vannah, Esq.

7  Nevada Bar No. 3062                            Nevada Bar No. 2503
   Frank A. Toddre, II, Esq.                      John B. Greene, Esq.

8  Nevada Bar No. 11474                           Nevada Bar No. 004279
   6385 S. Rainbow Boulevard, Suite 600           400 South Seventh Street, Fourth Floor

9  Las Vegas, Nevada 89118                        Las Vegas, Nevada 89101
   *Attorneys for State Farm Mutual Automobile*   and

10 *Insurance Company*                            Bruce D. Schupp, Esq.
                                                  Nevada Bar No. 1458

11                                                LAW OFFICES OF BRUCE D. SCHUPP
                                                  1120 N. Town Center Drive, Suite 140

12                                                Las Vegas, Nevada 89144
                                                  and

13                                                Brice J. Crafton, Esq.
                                                  Nevada Bar No. 10558

14                                                DEAVER & CRAFTON
                                                  810 E. Charleston Blvd.

15                                                Las Vegas, Nevada 89104

16                                                *Attorneys for Plaintiff*

17 Dated this 17th day of October, 2023.

18 KEATING LAW GROUP

19 /s/ John T. Keating
   John T. Keating, Esq.

20 Nevada Bar No. 6373
   9130 W. Russell Road, Suite 200

21 Las Vegas, NV  89148
   *Attorney for Defendant Shelter Mutual*

22 *Insurance Company*

23                          **ORDER**

24       IT IS SO ORDERED.

25       DATED this __18__ day of __October__, 2023.

26

27                                                _____
                                                  UNITED STATES MAGISTRATE JUDGE

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW