ROBERT W. FREEMAN
Nevada Bar No. 03062
Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE, II
Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383 /FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY WINN;<br><br>             Plaintiff,<br><br>       vs.<br><br>SHELTER MUTUAL INSURANCE COMPANY; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES I through X, and ROE Corporations I through X, inclusive,<br><br>             Defendants. | CASE NO.:  2:22-cv-1441-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[SIXTH REQUEST]** |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case by seventy-five (90) days, up to and including September 23, 2024.  In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. In support of this Stipulation and Request, the parties state as follows:

### DISCOVERY COMPLETED

1. On November 16, 2022, the parties conducted an initial FRCP 26(f) conference.

2. On February 24, 2023, Plaintiff served written discovery on Defendant State Farm. State Farm served its Responses on April 13, 2023.

3. On February 24, 2023, Plaintiff served her FRCP 26 Initial Disclosures.

139340840.1

4. On January 23, 2023, Defendant State Farm served its FRCP 26 Initial Disclosures.

5. On March 2, 2023, Defendant Shelter served its FRCP 26 Initial Disclosures.

6. On March 2, 2023, Plaintiff filed her FRCP 26.1 Initial Disclosures.

7. On April 12, 2023, Defendant Shelter served their responses to Plaintiff's First Request for Production.

8. On April 13, 2023, Defendant State Farm failed their Responses to Plaintiff's First Request for Production.

9. On May 1, 2023, Plaintiff filed her Answer to Defendant State Farm's First Set of Interrogatories, and Defendant State Farm's First Set of Request for Production.

10. On May 17, 2023, Plaintiff filed her supplemental Answers to Defendant State Farm's First Set of Interrogatories, and Supplemental Responses to Defendant State Farm's First Set of Request for Production.

11. On July 5, 2023, Defendant Shelter filed their First Set for Interrogatories and Request for Production to Plaintiff.

12. On September 14, 2023, Plaintiff filed her responses to Defendant Shelter Insurance's First Set of Interrogatories and Shelter Insurance's First Set of Requests for Production.

13. On October 12, 2023, Defendant Shelter filed their First Supplemental Disclosure Pursuant to FRCP 26(a)(1).

14. On October 13, 2023, the deposition of Plaintiff Ashley Winn took place.

15. On October 23, 2023, Defendant State Farm served their FRCP 26 First Supplemental List of Witnesses and Documents.

16. On October 31, 2023, Plaintiff served her First Supplement to FRCP 26 Production.

17. On December 12, 2023, Plaintiff served her Second Supplement to FRCP 26 Production.

18. On January 30, 2024, Plaintiff served her First Set of Interrogatories on Defendant State Farm. State Farm served their Answers on February 14, 2024.

19. Also on January 30, 2024, Plaintiff served her First Set of Interrogatories on

139340840.1                    2

1 Defendant Shelter.

20. On February 13, 2024, Defendant State Farm served their FRCP 26 Amended Second Supplemental List of Witnesses and Documents.

21. On February 22, 2023, Defendant State Farm served their FRCP 26 Third Supplemental List of Witnesses and Documents.

22. On February 26, 2024, the deposition of Amand Fauch took place.

23. On February 27, 2024, the deposition of Lia Wright took place.

24. On February 29, 2024, Defendant Shelter served their FRCP 26 Second Supplemental Disclosures.

25. Alson on February 29, 2024, Defendant Shelter served their Answers to Plaintiff's First Set of Interrogatories.

26. On March 2, 2023, Defendant Shelter served their FRCP 26 Initial Disclosures.

27. On March 20, 2024, Plaintiff served her Second Set of Requests for Production to Defendant Shelter.

28. On April 8, 2024, at 11:30 am, the deposition of Rikki Simmons was set and parties prepared and arrived, but did not finish due to significant emergency.

29. On April 19, 2024, at 10:00 am, the deposition of Rodney Hernandez took place.

## DISCOVERY REMAINING

1. The parties will continue participating in written discovery.

2. Plaintiff will depose State Farm representatives.

   a. Holly Spinks scheduled for April 25, 2024 at 10:00 am in Seattle, WA.

   b. Paul Fitch scheduled for April 29, 2024 at 1:00 pm. (The parties are likely continuing for logistical purposes, personal conflicts, and to possibly move from Spokane to Seattle)

   c. Daniel Mayes scheduled for April 30, 2024 at 10:00 am in Seattle, WA.

   d. Joe Hooker (The parties are currently working on time in Mid May, to occur near Chicago, IL)

   e. Rikki Simmons (To be rescheduled due to emergency)

3. Expert disclosures and depositions.

4. Rebuttal disclosures and depositions.

5. Further, any appropriate discovery may also need to be conducted, including additional written discovery and/or depositions of percipient witnesses.

6. Any and all discovery required as permitted by the Federal Rules of Civil Procedure.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the following requested extension. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, the parties seek this extension solely for the purpose of allowing sufficient time to conduct discovery.

The parties have been diligent in moving the case forward: participating in a reasonable amount of discovery, including exchanging their initial lists of witnesses and documents; propounding written discovery requests and preparing responses thereto; records procurement; and preparing for Plaintiff's deposition.

The deposition of Rikki Simmons was set on April 8, 2024 and the date of Attorney Dennis Prince's murder. Attorney John Keating's brother in law works for Dennis Prince Law Group and was missing for an hour, which constituted a significant family emergency. The emergency cut the deposition short, and the deposition needs to be re-scheduled.

Additionally, the deposition of Paul Fitch, currently set in Spokane, may be re-scheduled by agreement of the parties. Attorney Frank Toddre has a funeral that interferes with the current date and cannot get to Spokane in time to defense the deposition in person. The parties are discussing new dates or attempting to work with Mr. Fitch to travel to Seattle for the deposition.

The parties will additionally be participating in a meet and confer to work out issues regarding attorney-client defenses involved with the State Farm employee depositions.

Due to the delays mentioned above, Plaintiff's counsel needs additional time to complete the above depositions of State Farm and Defendants' FRCP 30(b)(6) witness (if necessary).

Lastly, the current deadline for expert disclosures is May 10, 2024. Operationally, the

1  various claims handling experts require time to review the deposition transcripts for their reports
2  The current discovery schedule does not allow for this to take place, or would require post
3  deadline supplementation.
4       In an effort to accommodate all counsel and parties, all parties have agreed to extend the
5  deadlines another seventy-five (75) days so that the required discovery can be conducted in the
6  proper sequence and consistent with the availability of multiple counsel in the case.
7  <u>Extension or Modification of The Discovery Plan and Scheduling Order</u>. LR 26-3 governs
8  modifications or extension of the Discovery Plan and Scheduling Order.  Any stipulation or
9  motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than
10 twenty one (21) days before the expiration of the subject deadline and must comply fully with LR
11 26-3.  This stipulation is made more than 21 days before the expiration of any deadlines.
12      This is the sixth request for extension of time in this matter.  The parties respectfully
13 submit that the reasons set forth above constitute compelling reasons for the short extension. The
14 parties do not anticipate any more significant writing discovery or document productions. The
15 deadline to amend pleadings has passed and the parties are not requesting that deadline be
16 reopened.
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | *Thursday, July 9, 2024* | *Monday, September 23, 2024* |
| Expert Disclosure pursuant to FRCP 26 (a)(2) | *Friday, May 10, 2024* | *Monday, August 5, 2024* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Monday, June 10, 2024* | *Monday, August 26, 2024* |
| Dispositive Motions | *Thursday, August 8, 2024* | *Tuesday, October 22, 2024* |
| Joint Pretrial Order | *Monday, September 9, 2024* | *Monday, November 25, 2024*<br><br>*If dispositive motions are pending, then the parties will serve their Joint Pretrial Order within thirty days of the Court's order as to the parties' dispositive motions.* |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that this Court extend the discovery period by seventy-five (75) days from the current deadline of July 9, 2024, up to and including September 23, 2024, and the other dates as outlined in accordance with the table above.

Dated this 22nd day of April, 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Frank A. Toddre, II
Robert W. Freeman, Esq.
Nevada Bar No. 3062
Frank A. Toddre, II, Esq.
Nevada Bar No. 11474
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for State Farm Mutual Automobile Insurance Company*

Dated this 22nd day of April, 2024.

VANNAH & VANNAH

/s/ Robert D. Vannah
Robert D. Vannah, Esq.
Nevada Bar No. 2503
John B. Greene, Esq.
Nevada Bar No. 004279
400 South Seventh Street, Fourth Floor
Las Vegas, Nevada 89101
and
Bruce D. Schupp, Esq.
Nevada Bar No. 1458
LAW OFFICES OF BRUCE D. SCHUPP
1120 N. Town Center Drive, Suite 140
Las Vegas, Nevada 89144
and
Brice J. Crafton, Esq.
Nevada Bar No. 10558
DEAVER & CRAFTON
810 E. Charleston Blvd.
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*

Dated this 22nd day of April, 2024.

KEATING LAW GROUP

/s/ John T. Keating
John T. Keating, Esq.
Nevada Bar No. 6373
9130 W. Russell Road, Suite 200
Las Vegas, NV  89148
*Attorney for Defendant Shelter Mutual Insurance Company*

**ORDER**

IT IS SO ORDERED.

DATED this __23__ day of April, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

139340840.1

7