1  ROBERT W. FREEMAN
   Nevada Bar No. 03062
2  Robert.Freeman@lewisbrisbois.com
   FRANK A. TODDRE, II
3  Nevada Bar No. 11474
   Frank.Toddre@lewisbrisbois.com
4  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383 /FAX: 702.893.3789
6  *Attorneys for Defendant*
   *State Farm Mutual Automobile Insurance*
7  *Company*

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10  ASHLEY WINN;                          | CASE NO.: 2:22-cv-1441-JCM-BNW

11              Plaintiff,                | **STIPULATION AND ORDER TO**
                                          | **DISMISS PLAINTIFF'S COMPLAINT**
12        vs.                             | **WITH PREJUDICE AS TO DEFENDANT**
                                          | **STATE FARM MUTUAL AUTOMOBILE**
13  SHELTER MUTUAL INSURANCE              | **INSURANCE COMPANY ONLY**
    COMPANY; STATE FARM MUTUAL
14  AUTOMOBILE INSURANCE COMPANY;
    and DOES I through X, and ROE Corporations
15  I through X, inclusive,

16              Defendants.

17

18        IT IS HEREBY STIPULATED and AGREED between Plaintiff ASHLEY WINN

19  ("Plaintiff"), by and through her counsel, VANNAH & VANNAH, LAW OFFICES OF BRUCE

20  D. SCHUPP and DEAVER & CRAFTON, and Defendant STATE FARM MUTUAL

21  AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS

22  BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LEWIS
BRISBOIS

149483926.1

Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

Dated this 10th day of December, 2024.

Dated this 3 day of December, 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP

VANNAH & VANNAH

/s/ Frank A. Toddre, II

Robert W. Freeman, Esq.
Nevada Bar No. 3062
Frank A. Toddre, II, Esq.
Nevada Bar No. 11474
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for State Farm Mutual Automobile
Insurance Company*

Robert D. Vannah, Esq.
Nevada Bar No. 2503
John B. Greene, Esq.
Nevada Bar No. 004279
400 South Seventh Street, Fourth Floor
Las Vegas, Nevada 89101
and
Bruce D. Schupp, Esq.
Nevada Bar No. 1458
LAW OFFICES OF BRUCE D. SCHUPP
8972 Spanish Ridge Avenue
Las Vegas, NV 89148
and
Brice J. Crafton, Esq.
Nevada Bar No. 10558
DEAVER & CRAFTON
810 E. Charleston Blvd.
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*

Dated this 10th day of December, 2024.

KEATING LAW GROUP

/s/ John T. Keating

John T. Keating, Esq.
Nevada Bar No. 6373
9130 W. Russell Road, Suite 200
Las Vegas, NV  89148
*Attorney for Defendant Shelter Mutual
Insurance Company*

**ORDER**

    IT IS SO ORDERED.

    DATED December 11, 2024.

UNITED STATES DISTRICT JUDGE

LEWIS
BRISBOIS
BISGAARD