JOHN T. KEATING
Nevada Bar No. 6373
**K E A T I N G** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
*jkeating@keatinglg.com*
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant
*Shelter Mutual Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY WINN, | CASE NO.:  2:22-cv-01441-JCM-BNW |
| Plaintiff, | |
| vs. | |
| SHELTER MUTUAL INSURANCE COMPANY; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and, DOES I through X, and ROE CORPORATIONS I through X, inclusive, | <u>STIPULATION AND ORDER TO DISMISS WITH PREJUDICE</u> |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed with prejudice, each

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**K E A T I N G** LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148

1    party to bear their own costs and attorney's fees.

2    Dated this 12th day of December, 2024.        Dated this 12th day of December, 2024.

3    KEATING LAW GROUP                             VANNAH & VANNAH

4    */s/ John T. Keating*                         */s/ Bruce D. Schupp*

5    _____              _____

6    JOHN T. KEATING                               Robert D. Vannah, Esq.
     Nevada Bar No. 6373                           Nevada Bar No. 2503
7    9130 West Russell Road, Suite 200             JOHN B. GREENE, ESQ.
     Las Vegas, Nevada 89148                       Nevada Bar No. 4279
8    *Attorney for Defendant*                      400 S. Seventh Street, 4th Floor
     *Shelter Mutual Insurance Company*            Las Vegas, Nevada 89101
9                                                  and
                                                   Bruce D. Schupp, Esq.
10   Dated this 12th day of December, 2024.        Nevada Bar No. 1458
                                                   LAW OFFICES OF BRUCE D. SCHUPP
11   LEWIS BRISBOIS BISGAARD & SMITH, LLP          400 South Seventh Street, Fourth Floor
                                                   Las Vegas, NV 89101
12   */s/ Frank A. Toddre, II*                     and
                                                   Brice J. Crafton, Esq.
13   _____              Nevada Bar No. 10558
     Frank A. Toddre, II, Esq.                     DEAVER & CRAFTON
14   Nevada Bar No. 11474                          810 E. Charleston Blvd.
     6385 S. Rainbow Blvd., Ste. 600               Las Vegas, Nevada 89104
15   Las Vegas, Nevada 89118                       *Attorneys for Plaintiff*
     *Attorney for Defendant*
16   *State Farm Mutual Insurance Company*

17

18

19

20                              ORDER

21        IT IS SO ORDERED.

22            Dated December 13, 2024.

23

24                                                _____
                                                  UNITED STATES DISTRICT JUDGE
25

26

27

28

KEATING LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148